PD-0763-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/23/2015 11:52:18 PM
Accepted 6/25/2015 11:35:53 AM
ABEL ACOSTA
CLERK

No. PD-_____-15

| | | |
|---|---|---|
| **DONALD HUFF,** | § | **IN THE TEXAS COURT** |
| *Appellant-Respondent* | § | |
| | § | |
| *v.* | § | **OF CRIMINAL APPEALS** |
| | § | |
| **STATE *of* TEXAS,** | § | |
| *Appellee-Petitioner* | § | **AUSTIN, TEXAS** |

## MOTION FOR EXTENSION OF TIME TO FILE STATE'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

NOW COMES the State of Texas, by and through Nicholas "Nico" LaHood, Criminal District Attorney of Bexar County, Texas, and the undersigned assistant criminal district attorney, with the filing of this motion asking the Court extend the time for filing the State's petition for discretionary review.

### I. Statement of the Case

Appellant was convicted by a jury for the offense of murder in Bexar County cause number 2011-CR-2990. The Fourth Court of Appeals reversed Appellant's conviction on April 8, 2015 in cause number 04-13-00891-CR. The court of appeals denied the State's motion for rehearing on May 11, 2015. The State's petition for discretionary review was due June 10, 2015. This is the State's <u>first</u> request for an extension.

FILED IN
COURT OF CRIMINAL APPEALS

June 26, 2015

ABEL ACOSTA, CLERK

## II. Reasons for Extension

This extension is not sought for the purposes of delaying this appeal; but for the following reasons:

1. Counsel for the State recently transferred from the appellate division of the Bexar County Criminal District Attorney's Office to the special crimes division, which requires undersigned counsel to appear regularly in the trial courts of Bexar County. This is one of a few appellate cases the undersigned counsel has retained. Because the transition has consumed most of the undersigned counsel's working hours, he requires additional time to complete a petition for discretionary review.

2. Counsel for the State was out of state on vacation with his family from June 13 through 21, 2015. This vacation was prior to the Fourth Court's reversal of Appellant's conviction and prior to the undersigned counsel's job transfer.

3. This motion is timely if filed "no later than 15 days after the last day for filing the petition." TEX. R. APP. P. 68.2(c).

WHEREFORE, PREMISES CONSIDERED, Counsel for the State prays the Court grant an extension of time for an additional <u>thirty days</u> for filing the State's petition for discretionary review.

Respectfully submitted,

NICHOLAS "NICO" LAHOOD
*Criminal District Attorney*
Bexar County, Texas

_____/s/ *Nathan E. Morey*_____
NATHAN E. MOREY
*Assistant Criminal District Attorney*
State Bar No. 24074756
101 West Nueva Street, Suite 370
San Antonio, Texas 78205

Voice: (210) 335-2414
Fax: (210) 335-2436
Email: nathan.morey@bexar.org
*Attorneys for the State of Texas*

# CERTIFICATE OF SERVICE

I, Nathan E. Morey, Assistant Criminal District Attorney, Bexar County, Texas, hereby certify a true copy of the above and foregoing Motion for Extension was emailed to Dayna L. Jones on Wednesday, June 24, 2015.

_____/s/ *Nathan E. Morey*_____
NATHAN E. MOREY
*Assistant Criminal District Attorney*
State Bar No. 24074756
101 West Nueva Street, Suite 370
San Antonio, Texas 78205
Voice: (210) 335-2414
Fax: (210) 335-2436
Email: nathan.morey@bexar.org
*Attorney for the State of Texas*

**cc:** DAYNA L. JONES
*Attorney at Law*
State Bar No. 24049450
206 E. Locust Street
San Antonio, Texas 78212
Voice: (210) 255-8525
Fax: (210) 249-0116
Email: daynaj33@gmail.com
*Attorney for Appellant*